UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH DOMINIQUE, ) <br> ) <br>     Petitioner, ) <br> ) <br>   v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Respondent. ) <br> _____ ) | CASE NO.  C08-218-RSM-MAT <br>                (CR06-110-RSM) <br><br> ORDER DENYING § 2255 MOTION |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's objections, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _10_ day of June, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION